# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA R. PACK, | : |
|     Plaintiff, | :   Case No. 2:20-cv-1822 |
| v. | :   CHIEF JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | :   Magistrate Judge Elizabeth P. Deavers |
|     Defendant. | : |

## OPINION & ORDER

On April 13, 2021, Magistrate Judge Deavers issued a Report and Recommendation recommending that this Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Administrative Law Judge. (ECF No. 23). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**.

    IT IS SO ORDERED.

                                              **ALGENON L. MARBLEY**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** June 25, 2021