UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHEILA R. PACK, | : |
| | : |
| Plaintiff, | : Case No. 2:20-cv-1822 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Elizabeth P. Deavers |
| | : |
| Defendant. | : |

**ORDER**

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised, it is therefore **ORDERED** that:

1. The parties' amended Joint Motion For An Award of Attorney Fees Under The Equal Access To Justice Act ("EAJA") is **ACCEPTED**. (ECF No. 27). The Commissioner shall pay Plaintiff's attorney's fees in the amount of $4,600.00.

2. The parties' original Joint Motion For An Award of Attorney Fees Under The Equal Access To Justice Act is **DISMISSED AS MOOT**. (ECF No. 26).

3. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 17, 2021**